# UNITED STATES DISTRICT COURT

for the

District of Utah

FILED
2026 FEB 17 PM 2:18
CLERK
U.S. DISTRICT COURT

In the Matter of the Search of

*(Briefly describe the property to be searched or identify the person by name and address)*

INFORMATION ASSOCIATED WITH FACEBOOK USER "KYLER QUINN" WITH FACEBOOK USER ID 61578045282962 STORED AT FACEBOOK

)
)
)
)
)
)

Case No. 4:26-mj-0003-PK

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A, incorporated herein by reference.

located in the _____ Northern _____ District of _____ California _____ , there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B, incorporated herein by reference.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☑ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 2252A | Transportation/Receipt/Distribution/Possession of Child Pornography |
| 18 U.S.C. 1466A | Production of obscenity |

The application is based on these facts:

See attached Affidavit, incorporated herein by reference.

☐ Continued on the attached sheet.

☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's signature*

FBI SA Charles Fowler
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 17 FEB 2026

City and state: St. George, Utah

_____
*Judge's signature*

United States Magistrate Judge Paul Kohler
*Printed name and title*

MELISSA HOLYOAK, United States Attorney (#9832)
CHRISTOPHER BURTON, Assistant United States Attorney (NV #12940)
Attorneys for the United States of America
Office of the United States Attorney
20 North Main Street, Suite 208
St. George, Utah 84770
Telephone: (435) 634-4270
Christopher.Burton4@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF INFORMATION ASSOCIATED WITH FACEBOOK USER "KYLER QUINN" WITH FACEBOOK USER ID 61578045282962 THAT IS STORED AT PREMISES CONTROLLED BY FACEBOOK INC. | Case No. 4:26-mj-00013-PK |

**AFFIDAVIT IN SUPPORT OF**
**AN APPLICATION FOR A SEARCH WARRANT**

I, Charles Fowler, being first duly sworn, hereby depose and state as follows:

**INTRODUCTION AND AGENT BACKGROUND**

1.      I make this affidavit in support of an application for a search warrant for information associated with a certain Facebook user ID that is stored at premises owned, maintained, controlled, or operated by Facebook Inc. ("Facebook"), a social networking company headquartered in Menlo Park, California. The information to be searched is described in the following paragraphs and in Attachment A. This affidavit is made in support of an application for a search warrant under 18 U.S.C. §§ 2703(a), 2703(b)(1)(A) and 2703(c)(1)(A) to require Facebook to disclose to the government records and other

information in its possession, pertaining to the subscriber or customer associated with the user ID.

2.      I have been employed by the FBI since February of 2023.  I am currently assigned to the FBI Salt Lake City Division, Monticello Resident Agency (RA), and assigned to investigate criminal violations, and terrorism matters.  As a Special Agent with the FBI, I have participated in or received training related to the investigations of bank robberies, thefts, frauds, impersonations of federal officers, frauds, identity thefts, threats, interstate commerce crimes and other criminal violations.  I have investigated many crimes of violence and frauds, including thefts and robberies.

3.      The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

4.      Based on my training and experience and the facts as set forth in this affidavit, there is probable cause to believe that violations of Title 18 U.S.C. § 2252A(a)(5) (Possession of child pornography); 18 U.S.C. § 2252A(a)(1) (Transportation of child pornography); 18 U.S.C. § 2252A(a)(2), (Distribution/Receipt of child pornography); and 18 U.S.C. 1466A(a) (Production of obscenity) (collectively the "Target Offenses") have been committed by Kyler Quinn.  There is also probable cause to believe the Facebook account identified as "Kyler Quinn (61578045282962)"

2

("Subject Account") described in Attachment A contains evidence, instrumentalities, and/or fruits of the Target Offenses, as described in Attachment B.

## PROBABLE CAUSE

### Background Information for Facebook

5.      Facebook owns and operates a free-access social networking website of the same name that can be accessed at http://www.facebook.com.  Facebook allows its users to establish accounts with Facebook, and users can then use their accounts to share written news, photographs, videos, and other information with other Facebook users, and sometimes with the general public.

6.      Facebook asks users to provide basic contact and personal identifying information to Facebook, either during the registration process or thereafter.  This information may include the user's full name, birth date, gender, contact e-mail addresses, Facebook passwords, physical address (including city, state, and zip code), telephone numbers, screen names, websites, and other personal identifiers.  Facebook also assigns a user identification number to each account.

7.      Facebook users may join one or more groups or networks to connect and interact with other users who are members of the same group or network.  Facebook assigns a group identification number to each group.  A Facebook user can also connect directly with individual Facebook users by sending each user a "Friend Request."  If the recipient of a "Friend Request" accepts the request, then the two users will become "Friends" for purposes of Facebook and can exchange communications or view

3

information about each other.  Each Facebook user's account includes a list of that user's "Friends" and a "News Feed," which highlights information about the user's "Friends," such as profile changes, upcoming events, and birthdays.

8.     Facebook users can select different levels of privacy for the communications and information associated with their Facebook accounts.  By adjusting these privacy settings, a Facebook user can make information available only to himself or herself, to particular Facebook users, or to anyone with access to the Internet, including people who are not Facebook users.  A Facebook user can also create "lists" of Facebook friends to facilitate the application of these privacy settings.  Facebook accounts also include other account settings that users can adjust to control, for example, the types of notifications they receive from Facebook.

9.     Facebook users can create profiles that include photographs, lists of personal interests, and other information.  Facebook users can also post "status" updates about their whereabouts and actions, as well as links to videos, photographs, articles, and other items available elsewhere on the Internet.  Facebook users can also post information about upcoming "events," such as social occasions, by listing the event's time, location, host, and guest list.  In addition, Facebook users can "check in" to particular locations or add their geographic locations to their Facebook posts, thereby revealing their geographic locations at particular dates and times.  A particular user's profile page also includes a "Wall," which is a space where the user and his or her "Friends" can post messages,

attachments, and links that will typically be visible to anyone who can view the user's profile.

10.    Facebook allows users to upload photos and videos, which may include any metadata such as location that the user transmitted when s/he uploaded the photo or video.  It also provides users the ability to "tag" (i.e., label) other Facebook users in a photo or video.  When a user is tagged in a photo or video, he or she receives a notification of the tag and a link to see the photo or video.  For Facebook's purposes, the photos and videos associated with a user's account will include all photos and videos uploaded by that user that have not been deleted, as well as all photos and videos uploaded by any user that have that user tagged in them.

11.    Facebook users can exchange private messages on Facebook with other users.  Those messages are stored by Facebook unless deleted by the user.  Facebook users can also post comments on the Facebook profiles of other users or on their own profiles; such comments are typically associated with a specific posting or item on the profile.  In addition, Facebook has a chat feature that allows users to send and receive instant messages through Facebook Messenger.  These chat communications are stored in the chat history for the account.  Facebook also has Video and Voice Calling features, and although Facebook does not record the calls themselves, it does keep records of the date of each call.

12.    If a Facebook user does not want to interact with another user on Facebook, the first user can "block" the second user from seeing his or her account.

13.    Facebook has a "like" feature that allows users to give positive feedback or connect to particular pages.  Facebook users can "like" Facebook posts or updates, as well as webpages or content on third-party (*i.e.*, non-Facebook) websites.  Facebook users can also become "fans" of particular Facebook pages.

14.    Facebook has a search function that enables its users to search Facebook for keywords, usernames, or pages, among other things.

15.    Each Facebook account has an activity log, which is a list of the user's posts and other Facebook activities from the inception of the account to the present.  The activity log includes stories and photos that the user has been tagged in, as well as connections made through the account, such as "liking" a Facebook page or adding someone as a friend.  The activity log is visible to the user but cannot be viewed by people who visit the user's Facebook page.

16.    Facebook also has a Marketplace feature, which allows users to post free classified ads.  Users can post items for sale, housing, jobs, and other items on the Marketplace.

17.    In addition to the applications described above, Facebook also provides its users with access to thousands of other applications ("apps") on the Facebook platform.  When a Facebook user accesses or uses one of these applications, an update about that the user's access or use of that application may appear on the user's profile page.

18.    Facebook also retains Internet Protocol ("IP") logs for a given user ID or IP address.  These logs may contain information about the actions taken by the user ID or IP

address on Facebook, including information about the type of action, the date and time of the action, and the user ID and IP address associated with the action. For example, if a user views a Facebook profile, that user's IP log would reflect the fact that the user viewed the profile, and would show when and from what IP address the user did so.

19.    Social networking providers like Facebook typically retain additional information about their users' accounts, such as information about the length of service (including start date), the types of service utilized, and the means and source of any payments associated with the service (including any credit card or bank account number). In some cases, Facebook users may communicate directly with Facebook about issues relating to their accounts, such as technical problems, billing inquiries, or complaints from other users. Social networking providers like Facebook typically retain records about such communications, including records of contacts between the user and the provider's support services, as well as records of any actions taken by the provider or user as a result of the communications.

20.    As explained herein, information stored in connection with a Facebook account may provide crucial evidence of the "who, what, why, when, where, and how" of the criminal conduct under investigation, thus enabling the United States to establish and prove each element or alternatively, to exclude the innocent from further suspicion. In my training and experience, a Facebook user's IP log, stored electronic communications, and other data retained by Facebook, can indicate who has used or controlled the Facebook account. This "user attribution" evidence is analogous to the search for

7

"indicia of occupancy" while executing a search warrant at a residence. For example, profile contact information, private messaging logs, status updates, and tagged photos (and the data associated with the foregoing, such as date and time) may be evidence of who used or controlled the Facebook account at a relevant time. Further, Facebook account activity can show how and when the account was accessed or used. For example, as described herein, Facebook logs the Internet Protocol (IP) addresses from which users access their accounts along with the time and date. By determining the physical location associated with the logged IP addresses, investigators can understand the chronological and geographic context of the account access and use relating to the crime under investigation. Such information allows investigators to understand the geographic and chronological context of Facebook access, use, and events relating to the crime under investigation. Additionally, Facebook builds geo-location into some of its services. Geo-location allows, for example, users to "tag" their location in posts and Facebook "friends" to locate each other. This geographic and timeline information may tend to either inculpate or exculpate the Facebook account owner. Last, Facebook account activity may provide relevant insight into the Facebook account owner's state of mind as it relates to the offense under investigation. For example, information on the Facebook account may indicate the owner's motive and intent to commit a crime (e.g., information indicating a plan to commit a crime), or consciousness of guilt (e.g., deleting account information in an effort to conceal evidence from law enforcement).

Therefore, the computers of Facebook are likely to contain all the material described above, including stored electronic communications and information concerning subscribers and their use of Facebook, such as account access information, transaction information, and other account information.

### Details of the Investigation

21.    On November 24, 2025, an individual hereafter referred to as VICTIM contacted the Grand County Sheriff's office to make a report about a Facebook message they received from an account named "Rexa Deen." The message contained a link and when VICTIM accessed the link, it contained an Artificial Intelligence (AI) modified video of VICTIM performing oral sex. VICTIM then visited the "Rexa Deen" Facebook profile and found numerous pictures of herself taken from various social media profiles. The photos of VICTIM had been digitally altered to remove clothing and depict the VICTIM nude, including exposing her pubic area. Some of the photos depicted VICTIM when she was under the age of 18.

22.    On November 25, 2025, Grand County Deputies applied for and received a search warrant for the "Rexa Deen" Facebook account. In the subsequent return, investigators identified 88 AI-modified images of VICTIM making it appear as if she was nude, including 56 AI-modified pornographic images of VICTIM when she was a minor.

23.    In one such video obtained from the "Rexa Deen" Facebook account, VICTIM is completely nude with smaller breasts and no hair on her pubic area. In the video, VICTIM shifts her weight to her left leg while her right arm lowers and goes

behind her back as she smiles at the camera. According to VICTIM, she was 11 years old when the original image that had been modified for the purpose of the video was taken. The video has a watermark reading "DeepAnyy.AI."

24.    In another photo, VICTIM is smiling, her hair pulled back, her right arm raised to about shoulder height with her arm bent slightly at the elbow, her weight is braced on her right leg with her left leg slightly bent at the knee. This altered photo of VICTIM at Disney Land was modified for multiple pictures and videos. In this modified picture, all of VICTIM's clothing has been removed and she appears completely nude, with her breasts and pubic area fully displayed. The original image that was taken at Disney World was posted on Facebook by VICTIM father in 2014, when VICTIM was 11 years old.

25.    Investigators also observed that some of the digitally altered photos of VICTIM were posted on November 5, 2025, and the listed author was Facebook account "Kyler Quinn (61578045282962)." In the "Rexa Deen" account, there are a total of 42 instances where "Kyler Quinn (61578045282962) is listed as the author of digitally altered photos of VICTIM. The "Rexa Deen" account return also showed that a Google Pixel 8 had connected to the account around the same time as the digitally altered photographs of VICTIM were posted.

26.    According to the return, the IP address used to manage and create the account was a Google Virtual Private Network (VPN) account. Investigators applied for

and received a search warrant for the Google VPN user that created the account but Google did not have any information to produce about the user.

27.    Grand County investigators were familiar with a local person named Kyler Quinn and learned that he was a person familiar to VICTIM.

28.    Investigators previously applied for and received a search warrant for the Subject Account. However, this affidavit does not rely on that affidavit or the results of the prior search of the Kyler Quinn Facebook account.

### INFORMATION TO BE SEARCHED AND THINGS TO BE SEIZED

29.    I anticipate executing this warrant under the Electronic Communications Privacy Act, in particular 18 U.S.C. §§ 2703(a), 2703(b)(1)(A) and 2703(c)(1)(A), by using the warrant to require Facebook to disclose to the government copies of the records and other information (including the content of communications) particularly described in Section I of Attachment B.  Upon receipt of the information described in Section I of Attachment B, government-authorized persons will review that information to locate the items described in Section II of Attachment B.

### CONCLUSION

30.    Based on the foregoing, I request that the Court issue the proposed search warrant.

31.    Pursuant to 18 U.S.C. § 2703(g), the presence of a law enforcement officer is not required for the service or execution of this warrant.  The government will execute this warrant by serving it on Facebook.  Because the warrant will be served on Facebook,

who will then compile the requested records at a time convenient to it, reasonable cause exists to permit the execution of the requested warrant at any time in the day or night.

32.    This Court has jurisdiction to issue the requested warrant because it is "a court of competent jurisdiction" as defined by 18 U.S.C. § 2711.  18 U.S.C. §§ 2703(a), (b)(1)(A) & (c)(1)(A).  Specifically, the Court is a district court of the United States that has jurisdiction over the offense being investigated.

33.    Pursuant to 18 U.S.C. § 2703(g), the presence of a law enforcement officer is not required for the service or execution of this warrant.

Respectfully submitted,

_____
Charles Fowler
Special Agent
FBI

Subscribed and sworn to before me on_____, 2026

_____
PAUL KOHLER
UNITED STATES MAGISTRATE JUDGE

**<u>ATTACHMENT A</u>**
**Property to Be Searched**

This warrant applies to information associated with the Facebook user "Kyler

Quinn" and Facebook ID 61578045282962 that is stored at premises owned, maintained,

controlled, or operated by Facebook Inc., a company headquartered in Menlo Park,

California.

## ATTACHMENT B

### Particular Things to be Seized

**I.    Information to be disclosed by Facebook**

To the extent that the information described in Attachment A is within the

possession, custody, or control of Facebook Inc. ("Facebook"), regardless of whether

such information is located within or outside of the United States, including any

messages, records, files, logs, or information that have been deleted but are still available

to Facebook, or have been preserved pursuant to a request made under 18 U.S.C. §

2703(f), Facebook is required to disclose the following information to the government for

each user ID listed in Attachment A:

(a)    All contact and personal identifying information, including full name, user

identification number, birth date, gender, contact e-mail addresses, physical

address (including city, state, and zip code), telephone numbers, screen

names, websites, and other personal identifiers;

(b)    Any and all account(s) associated with the account/user identified in

Attachment A. This shall include, but is not limited to email/private

messages, histories, file uploads/downloads, friend lists, profiles, subscriber

information, method of payment information, IP connection logs, detailed

billing records (log on and off times), and location history;

(c)    User connection logs for all accounts associated with the account/user

identified above;

(d)    All activity logs for the account and all other documents showing the user's posts and other Facebook activities from January 1, 2025, through December 31, 2025;

(e)    All photos and videos uploaded by that user ID and all photos and videos uploaded by any user that have that user tagged in then from January 1, 2025, through December 31, 2025, including Exchangeable Image File ("EXIF") data and any other metadata associated with those photos and videos;

(f)    All profile information; News Feed information; status updates; videos, photographs, articles, and other items; Notes; Wall postings; friend lists, including the friends' Facebook user identification numbers; groups and networks of which the user is a member, including the groups' Facebook group identification numbers; future and past event postings; rejected "Friend" requests; comments; gifts; pokes; tags; and information about the user's access and use of Facebook applications;

(g)    All records or other information regarding the devices and internet browsers associated with, or used in connection with, that user ID, including the hardware model, operating system version, unique device identifiers, mobile network information, and user agent string;

(h)    All other records and contents of communications and messages made or received by the user from January 1, 2025, through December 31, 2025,

2

including all Messenger activity, private messages, chat history, video and voice calling history, and pending "Friend" requests;

(i)    All "check ins" and other location information;

(j)    All IP logs, including all records of the IP addresses that logged into the account;

(k)    All records of the account's usage of the "Like" feature, including all Facebook posts and all non-Facebook webpages and content that the user has "liked";

(l)    All information about the Facebook pages that the account is or was a "fan" of;

(m)    All past and present lists of friends created by the account;

(n)    All records of Facebook searches performed by the account from January 1, 2025, through December 31, 2025;

(o)    All information about the user's access and use of Facebook Marketplace;

(p)    The types of service utilized by the user;

(q)    The length of service (including start date) and the means and source of any payments associated with the service (including any credit card or bank account number);

(r)    All privacy settings and other account settings, including privacy settings for individual Facebook posts and activities, and all records showing which Facebook users have been blocked by the account;

3

(s)     All records pertaining to communications between Facebook and any

person regarding the user or the user's Facebook account, including

contacts with support services and records of actions taken.

Facebook is hereby ordered to disclose the above information to the government

within **14 Days** of issuance of this warrant.

4

## II.    Information to be seized by the government

All information described above in Section I that constitutes fruits, evidence and instrumentalities of violations of Title 18 U.S.C. § 2252A(a)(5) (Possession of child pornography); 18 U.S.C. § 2252A(a)(1) (Transportation of child pornography); 18 U.S.C. § 2252A(a)(2), (Distribution/Receipt of child pornography); and 18 U.S.C. 1466A(a) (Production of obscenity) (collective the "Target Offenses"), including, for each user ID identified on Attachment A, information pertaining to the following matters:

(a) Production, transfer, possession, and distribution of CSAM and obscenity.

(b) Evidence indicating how and when the Facebook account was accessed or used, to determine the chronological and geographic context of account access, use, and events relating to the crime under investigation and to the Facebook account owner;

(c) Evidence indicating the Facebook account owner's state of mind as it relates to the crime under investigation;

(d) The identity of the person(s) who created or used the user ID, including records that help reveal the whereabouts of such person(s).

This warrant authorizes a review of electronically stored information, communications, other records and information disclosed pursuant to this warrant in order to locate evidence, fruits, and instrumentalities described in this warrant.  The review of this electronic data may be conducted by any government personnel assisting in the investigation, who may include, in addition to law enforcement officers and agents,

5

attorneys for the government, attorney support staff, and technical experts.  Pursuant to

this warrant, the FBI may deliver a complete copy of the disclosed electronic data to the

custody and control of attorneys for the government and their support staff for their

independent review.

### <u>CERTIFICATE OF AUTHENTICITY OF DOMESTIC RECORDS PURSUANT</u> <u>TO FEDERAL RULES OF EVIDENCE 902(11) AND 902(13)</u>

I, _____, attest, under penalties of perjury by

the laws of the United States of America pursuant to 28 U.S.C. § 1746, that the

information contained in this certification is true and correct.  I am employed by

Facebook, and my title is _____.  I am qualified to

authenticate the records attached hereto because I am familiar with how the records were

created, managed, stored, and retrieved.  I state that the records attached hereto are true

duplicates of the original records in the custody of Facebook.  The attached records

consist of _____ **[GENERALLY DESCRIBE RECORDS**

**(pages/CDs/megabytes)]**.  I further state that:

a.      all records attached to this certificate were made at or near the time of the

occurrence of the matter set forth by, or from information transmitted by, a person with

knowledge of those matters, they were kept in the ordinary course of the regularly

conducted business activity of Facebook, and they were made by Facebook as a regular

practice; and

b.      such records were generated by Facebook's electronic process or system

that produces an accurate result, to wit:

1.      the records were copied from electronic device(s), storage

medium(s), or file(s) in the custody of Facebook in a manner to ensure that they are true

duplicates of the original records; and

7

2.      the process or system is regularly verified by Facebook, and at all times pertinent to the records certified here the process and system functioned properly and normally.

I further state that this certification is intended to satisfy Rules 902(11) and 902(13) of the Federal Rules of Evidence.

_____        _____
Date                                    Signature

8